UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-cr-00036-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS ANTWAN LEGGETT | ORDER<br>AMENDING JUDGMENT |

This matter is before the court on the unopposed motion of the defendant for appropriate relief after sentencing. For good cause shown, the Court hereby grants the motion for appropriate relief and amends the original judgment as follows:

The Court makes the following recommendations to the Bureau of Prisons: Placement at the North Carolina Department of Correction.

All other aspects of the original judgment dated 8 March 2004 are hereby reaffirmed.

This 9 May 2012.

_____
W. Earl Britt
Senior U.S. District Judge